ROBERT GRENE, Respondent-Appellant, v. ROBERT H. BAILEY et al., Appellants-Respondents.— Order unanimously modified so as to deny the motion to dismiss the first and third causes of action as to the defendant United Sanitary Corporation and, as so modified, affirmed, without costs. The pleading is ineptly drawn but is sufficient. The Statute of Frauds is inapplicable to the first cause of action because the ten years mortgage is only an incidental implementation of the larger arrangement which is not subject to the statute. With respect to each of the causes of action defendant United Sanitary Corporation is either an indispensable or a conditionally necessary party. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LEWIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

KARL J. EVENSGAARD, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

WENDELL H. SMITH, Appellant-Respondent, v. D. A. SCHULTE, INC., Respondent-Appellant. D. A. SCHULTE, INC., Plaintiff, v. WENDELL H. SMITH et al., Defendants.—Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.

■

FRANK W. HALE et al., Doing Business under the Name of AMETTA TRADING COMPANY, Respondents, v. NEW YORK STEAM CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.